CHARLOTTE LEZYNSKI, Individually and as Administratrix of the Estate of PETER LEZYNSKI, Deceased, Appellant, *v.* JOSEPH KASPRZYK et al., Defendants, and JOSEPH PANTERA et al., Respondents.

Submitted October 5, 1953; decided October 15, 1953.

*William L. Rieth* for motion.

*Maurice Abloff* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless appellant serves and files the undertaking required by section 593 of the Civil Practice Act and pays $10 costs within ten days after service of a copy of the order, in which events the motion is denied. (See *Campbell* v. *Brown,* 294 N. Y. 702; Cohen and Karger, Powers of the New York Court of Appeals, § 104, n. 74.)